| | |
|---|---|
| 1 | **Brian H. Gunn (SBN 192594)** |
| | *bhgunn@wolfewyman.com* |
| 2 | **Joshua M. Bryan (SBN 225230)** |
| | *jmbryan@wolfewyman.com* |
| 3 | **WOLFE & WYMAN LLP** |
| | **2175 N. California Blvd., Suite 645** |
| 4 | **Walnut Creek, California 94596-3502** |
| | **Telephone: (925) 280-0004** |
| 5 | **Facsimile: (925) 280-0005** |

**Attorneys for Defendant
CITIMORTGAGE, INC. (erroneously sued as
"CITIMORTGAGE, INC., successor in interest to
PREFERRED FINANICAL GROUP, INC., formerly a
California Corporation, doing business as
WWW.WHOLESALE LENDINGONLINE.COM")**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SHARON R. BROWN, | Case No.: 5:12-01152 RMW |
| Plaintiff, | **FURTHER STIPULATION AND [] ORDER TO EXTEND TIME FOR CITIMORTGAGE, INC. TO RESPOND TO COMPLAINT** |
| v. | |
| CITIMORTGAGE, INC., a New York corporation, successor in interest to PREFERRED FINANCIAL GROUP, INC., formerly a California corporation, doing business as WWW WHOLESALENDINGONLINE.COM; QUALITY LOAN SERVICE CORPORATION, a California corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive, | Hon. Ronald M. Whyte |
| Defendants. | |

WHEREAS:

A.   As more fully described below, plaintiff SHARON R. BROWN ("Plaintiff') and Defendant CITIMORTGAGE, INC. ("Defendant") have agreed to extend Defendant's time to file and serve their response to the first amended complaint ("FAC") in the above-referenced action, in

1
**STIPULATION AND ORDER TO EXTEND CITIMORTGAGE INC.'S TIME TO RESPOND**

1  order to facilitate ongoing settlement discussions between the parties and a possible resolution of the
2  matter.
3       B.     Plaintiffs First Amended Complaint was filed on April 9, 2012.
4       C.     Defendants' time to respond to the FAC is June 7, 2012.
5       D.     Plaintiff and Defendant are engaged in ongoing settlement discussions and desire to
6  continue to focus their efforts on potential resolution of this matter, rather than incurring litigation
7  costs and expenses; and
8       E.     Accordingly, the parties hereto have agreed to a further extension of time, up to and
9  including June 28, 2012, for the reasons set forth above.
10      THEREFORE:
11      IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, that Defendant
12 CITIMORTGAGE, INC. shall have up to and including June 28, 2012, to file and serve its response
13 to the FAC.

15 DATED: June 6, 2012                              WOLFE & WYMAN LLP

17                                                 By:  /s/ Joshua M. Bryan  SBN 225230
                                                         BRIAN H. GUNN
18                                                          JOSHUA M. BRYAN
                                                    Attorneys for Defendant
19                                                    **CITIMORTGAGE, INC. (erroneously sued as**
20                                                    **"CITIMORTGAGE, INC., successor in interest to**
                                                   **PREFERRED FINANICAL GROUP, INC., formerly**
21                                                    **a California Corporation, doing business as**
                                                   **WWW.WHOLESALE LENDINGONLINE.COM")**
22
23 DATED: June 6, 2012                              CONSUMER LITIGATION LAW CENTER

24                                                      By:  /s/ September J. Katje – with authorization
25                                                         SEPTEMBER J. KATJE
                                                   Attorneys for Plaintiff
26                                                    **SHARON R. BROWN**

1 ORDER

2 Pursuant to the stipulation of the Parties, and good cause appearing therefor,

3 IT IS ORDERED that:

4 Defendant CITIMORTGAGE, INC. has up to and including June 28, 2012 to file and serve

5 its response to the first amended complaint in this matter.

6 IT IS SO ORDERED:

DATED: _____   _____
HONORABLE RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE