Brian H. Gunn (SBN 192594)
bhgunn@wolfewyman.com
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
CITIMORTGAGE, INC. (erroneously sued as
"CITIMORTGAGE, INC., successor in interest to
PREFERRED FINANICAL GROUP, INC., formerly a
California Corporation, doing business as
WWW.WHOLESALE LENDINGONLINE.COM")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SHARON R. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC., a New York corporation, successor in interest to PREFERRED FINANCIAL GROUP, INC., formerly a California corporation, doing business as WWW WHOLESALENDINGONLINE.COM; QUALITY LOAN SERVICE CORPORATION, a California corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 5:12-01152 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE; AND TO CONTINUE THE MOTION BY DEFENDANT CITIMORTGAGE, INC. TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT;**<br><br><u>Current Hearing Date:</u><br>Date:  August 24, 2012<br>Time:  9:00 a.m. & 10:30 a.m., respectively<br>Place:  Courtroom 6, 4th Floor<br><br>Hon. Ronald M. Whyte |

COME NOW Defendants CITIMORTGAGE, INC. (erroneously sued as

"CITIMORTGAGE, INC., successor in interest to PREFERRED FINANICAL GROUP, INC.,

formerly a California Corporation, doing business as WWW.WHOLESALE

LENDINGONLINE.COM") ("CMI"), and VERICREST FINANCIAL, INC. ("VFI"), and Plaintiff

SHARON R. BROWN ("Plaintiff") (collectively, "the Parties"), and hereby stipulate as follows:

1

**STIPULATION TO CONTINUE CMC AND CMI MOTION TO DISMISS FAC**

1    WHEREAS, the Court scheduled a case management conference for August 24, 2012;

2    WHEREAS, the motion of Defendant CMI to dismiss Plaintiff's first amended complaint is
3    currently set for August 24, 2012;

4    WHEREAS, counsel for Defendant CMI has recently acquired an unavoidable conflict on the
5    date of August 24, 2012, and can no longer attend hearings in this matter on that date.

6    WHEREAS, the Parties request a continuance of the case management conference;

7    WHEREAS, the Parties request a continuance of CMI's motion to dismiss Plaintiff's first
8    amended complaint;

9    WHEREAS, the parties agree that such continuances will facilitate ongoing discussions
10   pertaining to potential resolution of the action.

11   NOW, THEREFORE, the Parties stipulate and agree that the Court's case management
12   conference shall be continued for approximately sixty (60) days to Friday, November 2, 2012, or
13   another date thereafter that is convenient for the Court. The Parties further stipulate that all
14   deadlines dependent upon the case management conference date shall comport with the continued
15   case management conference date.

16   FURTHERMORE, the Parties stipulate that the hearing on the motion by CMI to dismiss
17   Plaintiff's first amended complaint, shall be heard approximately (2) weeks prior to the case
18   management conference, on or about October 19, 2012, or another such date that is available on the
19   Court's calendar prior to November 2, 2012.

20   IT IS SO STIPULATED.

21   DATED: August 16, 2012                WOLFE & WYMAN LLP

23                                         By: /s/ Joshua M. Bryan  SBN 225230
                                               BRIAN H. GUNN
24                                             JOSHUA M. BRYAN
                                           Attorneys for Defendant
25                                         **CITIBANK, NATIONAL ASSOCIATION, as
                                           successor by merger to Citibank (South Dakota),**
26                                         **N.A**

DATED: August ___, 2012         CONSUMER LITIGATION LAW CENTER, APC


By: _____
SEPTEMBER J. KATJE, ESQ.
Attorneys for Plaintiff
**SHARON R. BROWN**


DATED: August _16_, 2012        TROYGOULD PC


By: _____
ANNMARIE MORI, ESQ.
Attorneys for Defendant
**VERICREST FINANCIAL, INC.**


## ORDER

The Court, having reviewed the stipulation and [proposed] order to continue the case management conference and the motion by CITIMORTGAGE, INC. to dismiss Plaintiff's first amended complaint, and good cause appearing therefore, makes the following Order:

The case management conference currently scheduled for August 24, 2012 at 9:00 a.m., is hereby continued to _____, and all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

In addition, the motion by defendant CITIMORTGAGE, INC. to dismiss Plaintiff's first amended complaint shall be continued to _____.

IT IS SO ORDERED.


Dated: _____          _____
                                        HON. RONALD M. WHYTE
                                        U.S. DISTRICT COURT JUDGE

| | | |
|---|---|---|
| 1 | DATED: August 17, 2012 | CONSUMER LITIGATION LAW CENTER, APC |
| 2 | | |
| 3 | | By: /s/ September J. Katje (with authorization) |
| | | SEPTEMBER J. KATJE, ESQ. |
| 4 | | Attorneys for Plaintiff |
| | | **SHARON R. BROWN** |
| 5 | | |
| 6 | DATED: August 17, 2012 | TROYGOULD PC |

By: _____
ANNMARIE MORI, ESQ.
Attorneys for Defendant
**VERICREST FINANCIAL, INC.**

## ORDER

The Court, having reviewed the stipulation and [proposed] order to continue the case management conference and the motion by CITIMORTGAGE, INC. to dismiss Plaintiff's first amended complaint, and good cause appearing therefore, makes the following Order:

The case management conference currently scheduled for August 24, 2012 at 9:00 a.m., is hereby continued to _____, and all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

In addition, the motion by defendant CITIMORTGAGE, INC. to dismiss Plaintiff's first amended complaint shall be continued to _____.

IT IS SO ORDERED.

Dated: _____

/s/ Ronald M. Whyte
_____
HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE