| | |
|---|---|
| 1 | Brian H. Gunn (SBN 192594) |
| | *bhgunn@wolfewyman.com* |
| 2 | Joshua M. Bryan (SBN 225230) |
| | *jmbryan@wolfewyman.com* |
| 3 | **WOLFE & WYMAN LLP** |
| | 2175 N. California Blvd., Suite 645 |
| 4 | Walnut Creek, California 94596-3502 |
| | Telephone: (925) 280-0004 |
| 5 | Facsimile: (925) 280-0005 |
| 6 | **Attorneys for Defendant** |
| | **CITIMORTGAGE, INC.** (erroneously sued as |
| 7 | "CITIMORTGAGE, INC., successor in interest to |
| | PREFERRED FINANICAL GROUP, INC., formerly a |
| 8 | California Corporation, doing business as |
| | WWW.WHOLESALE LENDINGONLINE.COM") |
| 9 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| 13 | SHARON R. BROWN, | Case No.: 5:12-01152 RMW |
| 14 | Plaintiff, | **STIPULATION AND** ~~[PROPOSED]~~ |
| | | **ORDER TO CONTINUE THE CASE** |
| 15 | v. | **MANAGEMENT CONFERENCE; AND TO** |
| | | **CONTINUE THE MOTION BY** |
| 16 | CITIMORTGAGE, INC., a New York corporation, | **DEFENDANT CITIMORTGAGE, INC. TO** |
| | successor in interest to PREFERRED FINANCIAL | **DISMISS PLAINTIFF'S FIRST AMENDED** |
| 17 | GROUP, INC., formerly a California corporation, | **COMPLAINT;** |
| | doing business as WWW | |
| 18 | WHOLESALENDINGONLINE.COM; QUALITY | Current Hearing Date: |
| | LOAN SERVICE CORPORATION, a California | Date:  August 24, 2012 |
| 19 | corporation; and all persons or entities unknown | Time:  9:00 a.m. & 10:30 a.m., respectively |
| | claiming any legal or equitable right, title, estate, | Place: Courtroom 6, 4th Floor |
| 20 | lien or interest in the property described in this | |
| | complaint adverse to Plaintiff's title thereto, and | Hon. Ronald M. Whyte |
| 21 | DOES 1 through 25, inclusive, | |
| 22 | Defendants. | |

24  COME NOW Defendants CITIMORTGAGE, INC. (erroneously sued as

25  "CITIMORTGAGE, INC., successor in interest to PREFERRED FINANICAL GROUP, INC.,

26  formerly a California Corporation, doing business as WWW.WHOLESALE

27  LENDINGONLINE.COM") ("CMI"), and VERICREST FINANCIAL, INC. ("VFI"), and Plaintiff

28  SHARON R. BROWN ("Plaintiff") (collectively, "the Parties"), and hereby stipulate as follows:

1  WHEREAS, the Court scheduled a case management conference for August 24, 2012;

2  WHEREAS, the motion of Defendant CMI to dismiss Plaintiff's first amended complaint is
3  currently set for August 24, 2012;

4  WHEREAS, counsel for Defendant CMI has recently acquired an unavoidable conflict on the
5  date of August 24, 2012, and can no longer attend hearings in this matter on that date.

6  WHEREAS, the Parties request a continuance of the case management conference;

7  WHEREAS, the Parties request a continuance of CMI's motion to dismiss Plaintiff's first
8  amended complaint;

9  WHEREAS, the parties agree that such continuances will facilitate ongoing discussions
10 pertaining to potential resolution of the action.

11 NOW, THEREFORE, the Parties stipulate and agree that the Court's case management
12 conference shall be continued for approximately sixty (60) days to Friday, November 2, 2012, or
13 another date thereafter that is convenient for the Court.  The Parties further stipulate that all
14 deadlines dependent upon the case management conference date shall comport with the continued
15 case management conference date.

16 FURTHERMORE, the Parties stipulate that the hearing on the motion by CMI to dismiss
17 Plaintiff's first amended complaint, shall be heard approximately (2) weeks prior to the case
18 management conference, on or about October 19, 2012, or another such date that is available on the
19 Court's calendar prior to November 2, 2012.

20 IT IS SO STIPULATED.

21 DATED: August 16, 2012            WOLFE & WYMAN LLP

23                                   By: /s/ Joshua M. Bryan  SBN 225230
                                         BRIAN H. GUNN
24                                       JOSHUA M. BRYAN
                                     Attorneys for Defendant
25                                   **CITIBANK, NATIONAL ASSOCIATION, as
                                     successor by merger to Citibank (South Dakota),
26                                   N.A**

STIPULATION TO CONTINUE CMC AND CMI MOTION TO DISMISS FAC

1151199.1

DATED: August ___, 2012         CONSUMER LITIGATION LAW CENTER, APC

By: _____
    SEPTEMBER J. KATJE, ESQ.
Attorneys for Plaintiff
**SHARON R. BROWN**

DATED: August _16_, 2012        TROYGOULD PC

By: _/s/ Annmarie Mori_____
    ANNMARIE MORI, ESQ.
Attorneys for Defendant
**VERICREST FINANCIAL, INC.**

## ORDER

The Court, having reviewed the stipulation and [proposed] order to continue the case management conference and the motion by CITIMORTGAGE, INC. to dismiss Plaintiff's first amended complaint, and good cause appearing therefore, makes the following Order:

The case management conference currently scheduled for August 24, 2012 at 9:00 a.m., is hereby continued to _____, and all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

In addition, the motion by defendant CITIMORTGAGE, INC. to dismiss Plaintiff's first amended complaint shall be continued to _____.

IT IS SO ORDERED.

Dated: _____         _____
                                 HON. RONALD M. WHYTE
                                 U.S. DISTRICT COURT JUDGE

DATED: August 17, 2012    CONSUMER LITIGATION LAW CENTER, APC

By: /s/ September J. Katje (with authorization)
    SEPTEMBER J. KATJE, ESQ.
Attorneys for Plaintiff
**SHARON R. BROWN**

DATED: August 17, 2012    TROYGOULD PC

By: _____
    ANNMARIE MORI, ESQ.
Attorneys for Defendant
**VERICREST FINANCIAL, INC.**

## ORDER

The Court, having reviewed the stipulation and [proposed] order to continue the case management conference and the motion by CITIMORTGAGE, INC. to dismiss Plaintiff's first amended complaint, and good cause appearing therefore, makes the following Order:

The case management conference currently scheduled for August 24, 2012 at 9:00 a.m., is hereby continued to _____, and all deadlines contained in the Court's "Order Setting initial Case Management Conference and ADR Deadlines" shall comport with the continued Case Management Conference date.

In addition, the motion by defendant CITIMORTGAGE, INC. to dismiss Plaintiff's first amended complaint shall be continued to _____.

IT IS SO ORDERED.

Dated: _____

*Ronald M. Whyte*
HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE

---

3
**STIPULATION TO CONTINUE CMC AND CMI MOTION TO DISMISS FAC**

1151199.1