UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| SHARON R. BROWN,<br><br>　　　　Plaintiff,<br>　　v.<br><br>VERICREST FINANCIAL, INC., a Delaware corporation, successor in interest to CITIMORTGAGE, INC., a New York corporation, successor in interest to PREFERRED FINANCIAL GROUP, INC., formerly a California corporation, doing business as WWW.WHOLESALENDINGONLINE.COM; QUALITY LOAN SERVICE CORPORATION, a California corporation; an and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 5:12-cv-01152 RMW<br><br>**[] ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION TO DISMISS FIRST AMENDED COMPLAINT HEARING AND SCHEDULING CONFERENCE**<br><br>**Current Due Date: October 26, 2012**<br><br>**Proposed Due Date: November 30, 2012** |

/ / /

/ / /

/ / /

/ / /

/ / /

---
1
**[] ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION TO DISMISS, FIRST AMENDED COMPLAINT HEARING AND SCHEDULING CONFERENCE**

**ORDER**

The Court, having reviewed the stipulation continue Motion to Dismiss First Amended Complaint Hearing and Scheduling Conference, and a good cause appearing therefore, makes the following Order:

The Defendant's Motion to Dismiss First Amended Complaint Hearing is currently scheduled for November 2, 2012 at 9:00 a.m., is hereby continued to _____.

The Scheduling Conference Hearing is currently scheduled for November 2, 2012 at 10:00 a.m., is hereby continued to _____.

IT IS SO ORDERED.

Dated: _____

_____
HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE

---

2
[] ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION TO DISMISS, FIRST
AMENDED COMPLAINT HEARING AND SCHEDULING CONFERENCE