

1

2

3      E-FILED on 11/1/2012

4

5

6

7

8                UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

10

11 | SHARON R. BROWN,                          | Case No. 5:12-cv-01152 RMW

12 |              Plaintiff,
   |         v.

13 |                                           | [] ORDER GRANTING JOINT
   | VERICREST FINANCIAL, INC., a Delaware     | STIPULATION TO CONTINUE MOTION
14 | corporation, successor in interest to     | TO DISMISS FIRST AMENDED
   | CITIMORTGAGE, INC., a New York            | COMPLAINT HEARING AND
15 | corporation, successor in interest to     | SCHEDULING CONFERENCE
   | PREFERRED FINANCIAL GROUP, INC.,
16 | formerly a California corporation, doing
   | business as
17 | WWW.WHOLESALELENDINGONLINE.COM;            | **Current Due Date: October 26, 2012**
   | QUALITY LOAN SERVICE
18 | CORPORATION, a California corporation; an  | **Proposed Due Date: November 30, 2012**
   | and all persons or entities unknown claiming
19 | any legal or equitable right, title, estate, lien or
   | interest in the property described in this
20 | complaint adverse to Plaintiff's title thereto,
   | and DOES 1 through 25, inclusive,
21 |
   |              Defendants.
22

23 /// 

24 ///

25 ///

26 ///

27 ///

28

                                        1

1

**<u>ORDER</u>**

2   The Court, having reviewed the stipulation continue Motion to Dismiss First Amended Complaint

3   Hearing and Scheduling Conference, and a good cause appearing therefore, makes the following

4   Order:

5

6        The Defendant's Motion to Dismiss First Amended Complaint Hearing is currently

7   scheduled for November 2, 2012 at 9:00 a.m., is hereby continued to _____.

8        The Scheduling Conference Hearing is currently scheduled for November 2, 2012 at 10:00

9   a.m., is hereby continued to _____.

10       IT IS SO ORDERED.

11

12   Dated: _____

13                                                      HON. RONALD M. WHYTE
                                                        U.S. DISTRICT COURT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[] ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION TO DISMISS, FIRST
AMENDED COMPLAINT HEARING AND SCHEDULING CONFERENCE**