UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON R. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>VERICREST FINANCIAL, INC., a Delaware Corporation, successor in interest to CITIMORTGAGE, INC., a New York Corporation, successor in interest to PREFERRED FINANCIAL GROUP, INC., formerly a California Corporation, doing business as WWW.WHOLESALENDINGONLINE.COM; QUALITY LOAN SERVICE CORPORATION, a California Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>    Defendants. | CASE NO. 5:12-cv-01152 RMW<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS WITH LEAVE TO AMEND** |

    Based upon the reasons set forth in defendants' motion as well as the discussion at the hearing, defendants' motion to dismiss is granted. Plaintiff's amended complaint is by January 4,

1

1  2013. Plaintiff's failure to timely file an amended complaint will result in a dismissal of his case
2  with prejudice.
3      The court resets the case management conference to February 8, 2013.
4
   It is so ordered.
5
6  DATED: November 30, 2012
7
8  _____
   Ronald M. Whyte
9  United States District Judge