UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| SHARON R. BROWN,<br><br>　　　　Plaintiff,<br>　　v.<br><br>VERICREST FINANCIAL, INC., a Delaware corporation, successor in interest to CITIMORTGAGE, INC., a New York corporation, successor in interest to PREFERRED FINANCIAL GROUP, INC., formerly a California corporation, doing business as WWW.WHOLESALENDINGONLINE.COM; QUALITY LOAN SERVICE CORPORATION, a California corporation; an and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 5:12-cv-01152 RMW<br><br>**[] ORDER GRANTING JOINT STIUPLATION TO EXTEND TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

/ / /

/ / /

/ / /

/ / /

---

1

[] ORDE GRANTING JOINT STIUPLATION TO EXTEND TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

FOR GOOD CAUSE SHOWN, the stipulation by and between the parties, through their respective counsel, that Plaintiff shall file her Second Amended Complaint on or before January 25, 2013, is hereby GRANTED.

Dated: January ; , 2013

By: _Ronald M. Whyte_
Hon. Ronald M. Whyte
U.S. DISTRICT COURT JUDGE

2
[ ORDE GRANTING JOINT STIUPLATION TO EXTEND TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT