1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

11

| SHARON R. BROWN, | Case No. 5:12-cv-01152 RMW |
|---|---|
| Plaintiff, | |
| v. | **[] ORDER GRANTING JOINT STIUPLATION TO EXTEND TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |
| VERICREST FINANCIAL, INC., a Delaware corporation, successor in interest to CITIMORTGAGE, INC., a New York corporation, successor in interest to PREFERRED FINANCIAL GROUP, INC., formerly a California corporation, doing business as WWW.WHOLESALENDINGONLINE.COM; QUALITY LOAN SERVICE CORPORATION, a California corporation; an and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive, | |
| Defendants. | |

24  / / /

25  / / /

26  / / /

27  / / /

28

---

1

[] ORDE GRANTING JOINT STIUPLATION TO EXTEND TIME FOR PLAINTIFF TO FILE
SECOND AMENDED COMPLAINT

1  FOR GOOD CAUSE SHOWN, the stipulation by and between the parties, through their
2  respective counsel, that Plaintiff shall file her Second Amended Complaint on or before February
3  15, 2013, is hereby GRANTED.
4
5  Dated: January __H€__, 2013
6
7  By: *Ronald M. Whyte*
8  Hon. Ronald M. Whyte
   U.S. DISTRICT COURT JUDGE

2
[] ORDE GRANTING JOINT STIUPLATION TO EXTEND TIME FOR PLAINTIFF TO FILE
SECOND AMENDED COMPLAINT