1

2

3

4   E-FILED on 1/30/2013

5

6

7

8

9                        UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

11

SHARON R. BROWN,                          Case No. 5:12-cv-01152 RMW

                    Plaintiff,

            v.
                                          **[] ORDER GRANTING JOINT
VERICREST FINANCIAL, INC., a Delaware     STIUPLATION TO EXTEND TIME FOR
corporation, successor in interest to     PLAINTIFF TO FILE SECOND
CITIMORTGAGE, INC., a New York            AMENDED COMPLAINT**
corporation, successor in interest to
PREFERRED FINANCIAL GROUP, INC.,
formerly a California corporation, doing
business as
WWW.WHOLESALENDINGONLINE.COM;
QUALITY LOAN SERVICE
CORPORATION, a California corporation; an
and all persons or entities unknown claiming
any legal or equitable right, title, estate, lien or
interest in the property described in this
complaint adverse to Plaintiff's title thereto,
and DOES 1 through 25, inclusive,

                    Defendants.

23

24   / / /

25   / / /

26   / / /

27   / / /

28

1

2       FOR GOOD CAUSE SHOWN, the stipulation by and between the parties, through their

3  respective counsel, that Plaintiff shall file her Second Amended Complaint on or before February

4  15, 2013, is hereby GRANTED.

5  Dated: January _____, 2013

6

7  By: _____

8       Hon. Ronald M. Whyte
        U.S. DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[] ORDE GRANTING JOINT STIUPLATION TO EXTEND TIME FOR PLAINTIFF TO FILE
SECOND AMENDED COMPLAINT